**Order filed December 9, 2021**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

**NO. 14-21-00627-CV**

_____

**SALAH ETER, IN HIS CAPACITY AS TRUSTEE OF THE ETER TRUST, AND IBRAHIM NAZEEH ETER, Appellants**

**V.**

**FADI N. MOGHNIEH, INDIVIDUALLY, AND IN HIS CAPACITY AS AN OFFICER AND SHAREHOLDER OF MULTI-DIMENSIONS INVESTMENTS, LLC, Appellee**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-56430**

---

## O R D E R

The notice of appeal in this case was filed October 29, 2021. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **December 27, 2021.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Justices Wise, Spain, and Hassan.